JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EARL BROWN,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN CATES,<br><br>        Respondent. | Case No. EDCV 21-1449-JFW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 30, 2022

                                                      JOHN F. WALTER<br>
                                                UNITED STATES DISTRICT JUDGE